Jacob M. Merrill, 4967
UNION PLAZA, PENTHOUSE 1B
1136 Union Mall
Honolulu, Hawaii 96813
Tel:(808)536-4456
Fax: (808)524-5133
email: merrillj001@hawaii.rr.com

Attorney for Plaintiff
KYLE HASEGAWA

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2015 MAR -6 AM 11: 24

A. MARPLE
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| KYLE HASEGAWA | ) CIV. NO. 15-1-0402-03 GWBC |
|---|---|
| Plaintiff, | ) (EMPLOYMENT<br>) DISCRIMINATION) |
| vs. | ) COMPLAINT; JURY DEMAND;<br>) SUMMONS |
| HILTON HAWAIIAN VILLAGE, LLC | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff KYLE HASEGAWA, by and through his undersigned attorney, and Complain against Defendant as follows:

1. Plaintiff KYLE HASEGAWA is and was a resident of the City and County of Honolulu.

2. Defendant HILTON HAWAIIAN VILLAGE LLC is and was a

Page 1 of 9

I do hereby certify that this is a full, true, and correct copy of the original on file in this office.

Clerk, Circuit Court, First Circuit



EXHIBIT 1

domestic limited liability company registered in the State of Hawaii.

3. All events material to this Complaint occurred within the City and County of Honolulu, and within the jurisdiction of the Circuit Court of the First Circuit, State of Hawaii.

4. Pursuant to HRS §603-36 the amount in controversy, exclusive of interest, fees and costs, exceeds twenty five thoussand dollars ($25,000.00.)

5. Plaintiff KYLE HASEGAWA was employed by Defendant HILTON HAWAIIAN VILLAGE LLC in March 2009.

6. Plaintiff KYLE HASEGAWA received all scheduled raises and promotions prior to March 2013 and had never received any disciplinary warnings or disciplinary actions prior to March 2013.

7. Prior to March 2013 Defendant HILTON HAWAIIAN VILLAGE LLC routinely allowed its employee's to take personal leave of absence without pay when requested.

8. KYLE HASEGAWA took a personal leave of absence starting February 27, 2013. KYLE HASEGAWA took this leave of absence as he was aware he would be charged with a felony indictment.

9. KYLE HASEGAWA was charged and incarcerated pending a

bail hearing on or about March 13, 2013. The bail hearing was scheduled for April 4, 2013.

10. KYLE HASEGAWA timely requested that his personal leave of absence without pay be extended until April 4, 2013.

11. Prior to March 2013 Defendant HILTON HAWAIIAN VILLAGE, LLC routinely granted its employees personal leave of absence without pay.

12. Defendant HILTON HAWAIIAN VILLAGE, LLC denied KYLE HASEGAWA'S request for personal leave of absence without pay and terminated KYLE HASEGAWA on March 15, 2013 for "no call/no show."

## COUNT I.
## BREACH OF CONTRACT

13. KYLE HASEGAWA reincorporates paragraphs 1 through 13 as though they were fully set forth herein.

14. Defendants HILTON HAWAIIAN VILLAGE,LLC breached it's agreement and KYLE HASEGAWA is damaged in an amount to be proven at trial, and is entitled to damages as well as attorney's fees and costs for having to bring this action.

## COUNT II
### (Breach of Implied Covenant of Good Faith and Fair Dealing)

15. KYLE HASEGAWA repeats, reiterates, and realleges all preceding paragraphs herein.

16. KYLE HASEGAWA has fully performed according to the terms of the agreement between himself and Defendant HILTON HAWAIIAN VILLAGE, LLC.

17. KYLE HASEGAWA is not in default with respect to said agreement.

18. Defendant HILTON HAWAIIAN VILLAGE, LLC failed to fulfill its obligations under the agreement by failing to grant KYLE HASEGAWA an extension of personal leave of absence without pay from March 13, 2013 to and including April 4, 2013.

19. Defendant HILTON HAWAIIAN VILLAGE, LLC's actions described above constitute a material breach of the implied covenant of good faith and fair dealing.

20. As a result, KYLE HASEGAWA has suffered damages in an amount, including interest, to be proved at trial herein.

21. KYLE HASEGAWA is entitled to recover the amount

shown at trial, including interest, from Defendant HILTON HAWAIIAN VILLAGE, LLC.

22. KYLE HASEGAWA is entitled to payment of his fees and costs from Defendant HILTON HAWAIIAN VILLAGE.

## COUNT II.
## VIOLATION OF CHAPTER 378 HAW. REV. STAT.

23. KYLE HASEGAWA repeats, reiterates, and re-alleges all preceding paragraphs herein.

24. Defendant HILTON HAWAIIAN VILLAGE, LLC unlawfully discriminated against KYLE HASEGAWA solely on the basis of a reported criminal contact.

25. As a direct result of Defendant HILTON HAWAIIAN VILLAGE LLC's discrimination KYLE HASEGAWA is entitled damages in an amount to be proved at trial.

Wherefore, KYLE HASEGAWA demands judgment against Defendant HILTON HAWAIIAN VILLAGE LLC follows:

a. Damages for breach of contract;

b. Damages violations of Chapter 378 Hawaii Revised Statutes;

c. For incidental and consequential damages in an amount to be

proven at trial;

    d.    Interest as permitted by law;

    e.    Costs of this action including reasonable attorney's fees; and

    f.    Any other and further relief that the court considers proper.

Dated: HONOLULU, HAWAII MARCH 5, 2015.

_____
Jacob M. Merrill

Attorney for Plaintiff
KYLE HASEGAWA.

DEMAND FOR JURY TRIAL

Plaintiff KYLE HASEGAWA hereby demands a jury trial on all issues triable by a jury herein.

DATED: Honolulu, Hawaii, March 5, 2015.

_____
JACOB M. MERRILL
Attorney for PLAINTIFF
KYLE HASEGAWA

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| KYLE HASEGAWA </br>　　　　　Plaintiff, </br></br>vs. </br></br></br>HILTON HAWAIIAN VILLAGE LLC </br></br>　　　　　Defendants. | CIV. NO. </br>(EMPLOYMENT DISCRIMINATION) </br></br>SUMMONS |

## SUMMONS

To the above named Defendant(s):

You are hereby summoned and required to file with the Circuit Court of the First Circuit and serve upon Plaintiffs attorney, JACOB M. MERRILL, whose address is PENTHOUSE 1B, 1136 UNION MALL, Honolulu, Hawaii, 96813, and answer to the Complaint which is attached, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the general public, unless a judge of the above-entitled court permits, in writing on this summons, personal delivery during those hours.

A failure to obey this summons may result in an entry of default and default judgment against the disobeying person or party.

DATED: Honolulu, Hawaii, _____MAR - 6 2015_____

_____A. MARPLE ( SEAL )_____
Clerk of the above-entitled court