Jacob M. Merrill, 4967
PENTHOUSE 2, UNION PLAZA
1136 Union Mall
Honolulu, Hawaii 96813
Tel: (808)536-4456 Fax: (808)524-5133

Email: merrillj001@hawaii.mcom

Attorney for Plaintiff
KYLE HASEGAWA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KYLE HASEGAWA,<br><br>          Plaintiff,<br><br>   vs.<br><br>HILTON HAWAIIAN VILLAGE, LLC;<br><br>          Defendant.<br>_____ | ) CIVIL NO. 15-00146 DKW RLP<br>)<br>) **STIPULATION FOR DISMISSAL WITH**<br>) **PREJUDICE**<br>)<br>) No remaining PARTIES, ISSUES OR<br>) CLAIMS, issues or claims<br>)<br>) NO TRIAL DATE SET<br>)<br>) |

### **STIPULATION FOR DISMISSAL WITH PREJUDICE**

KYLE HASEGAWA, by and through his attorney, Jacob M. Merrill, and HILTON HAWAIIAN VILLAGE, LLC, by and through its attorney, Andrew L. Pepper dismisses the above referenced matter with prejudice. There are no remaining

Parties, Issues or Claims. This notice is submitted pursuant to Rule 41(A)(1)(a)(ii) of the Federal Rules of Civil Procedure.

Dated: Honolulu, Hawaii  October 30, 2015

/s/ Jacob M. Merrill
Attorney for KYLE HASEGAWA

Dated: Honolulu, Hawaii  November 10, 2015

/s/ Andrew L. Pepper
Attorney for HILTON HAWAIIAN VILLAGE LLC

APPROVED AND SO ORDERED.

DATED:  November 23, 2015 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

*Hasegawa v. Hilton,* 15-00146 DKW RLP, Stipulation for Dismissal with Prejudice